# EXHIBIT A

Int. Cls.: **9, 35, 36, 38, 41 and 42**

Prior U.S. Cls.: **21, 23, 26, 36, 38, 100, 101, 102, 104 and 107**

Reg. No. **2,885,530**

United States Patent and Trademark Office          Registered Sep. 21, 2004

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## @NIFTY

NIFTY CORPORATION (JAPAN CORPORATION)
OMORI BELLPORT A
26-1, MINAMI-OI 6-CHOME
SHINAGAWA-KU, TOKYO, 140-8544, JAPAN

 FOR: GRAPHICAL USER INTERFACE SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

 FIRST USE 11-1-1999; IN COMMERCE 11-1-1999.

 FOR: CONDUCTING ON-LINE MARKET RESEARCH SURVEYS OF USERS; ON-LINE OPINION POLLING AND QUESTIONNAIRES FOR BUSINESS OR ADVERTISING PURPOSES; PROMOTING THE GOODS AND SERVICES OF OTHERS BY ADVERTISING THE GOODS AND SERVICES OF OTHERS VIA INTERACTIVE COMPUTER NETWORKS; PROVIDING ON-LINE RETAIL STORE SERVICES FEATURING, AND DATABASES CONCERNING, CONSUMER INFORMATION IN THE FIELDS OF CLOTHING AND CLOTHING ACCESSORIES, COSMETICS, PERSONAL CARE ITEMS, HEALTH PRODUCTS, FITNESS AND LEISURE PRODUCTS, FLOWERS, GARDEN PRODUCTS, FOODS, CANDY, ALCOHOLIC BEVERAGES, NON-ALCOHOLIC BEVERAGES, COMPUTERS AND SOFTWARE, APPLIANCES, AUDIO-VISUAL EQUIPMENT, ELECTRONICS, BOOKS, STATIONERY, PRERECORDED CDS, DVDS, AND VIDEOS, AUTOMOTIVE PRODUCTS, SPORTING GOODS, AND SOUVENIRS; AND ON-LINE AUCTION SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

 FIRST USE 11-1-1999; IN COMMERCE 11-1-1999.

 FOR: PROVIDING ON-LINE DATABASES FEATURING INFORMATION ON FINANCE AND FINANCIAL NEWS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

 FIRST USE 11-1-1999; IN COMMERCE 11-1-1999.

 FOR: ELECTRONIC MAIL SERVICES; NETWORK CONFERENCING SERVICES FEATURING VIDEOCONFERENCING, AUDIO CONFERENCING, AND TEXT CHAT CONFERENCING; PROVIDING ON-LINE CHAT ROOMS, FORA, BULLETIN BOARDS, DATABASES, AND EMAIL MESSAGING FOR TRANSMISSION OF MESSAGES AMONG COMPUTER USERS CONCERNING BASEBALL, SOCCER, BASKETBALL, RUGBY, AMERICAN FOOTBALL, TENNIS, JUDO, KARATE, KENDO, SUMO WRESTLING, COLLEGE SPORTS, GREETING CARDS, FLOWER CARDS, JAPANESE CHECKERS (SHOGI), JAPANESE CHESS (GO), CHESS, BACKGAMMON, VIDEO GAMES, TRAVEL, DOMESTIC TOUR, FOREIGN TRAVEL, SEA TRIPS, WALKING TOURS, HONEYMOONS, HORSE RACING, DOMESTIC CARS, IMPORTED CARS, SPORTS CARS, HOME FINANCE, HOMES, LEASING, APARTMENTS, JOBS, MUSIC, MOVIES, TELEVISION, RADIO, KIDS, WOMEN'S TOPICS, PACHINKO, GAMBLING, MOTOR SPORTS, TOWNS, GARDENING, PETS, HEALTH, ILLNESS, HOSPITALIZATION, MEDICINE, MEDICAL CHECKUP, DIGITAL CAMERAS, TRADITIONAL LEARNING, LIFELONG LEARNING, ENTERTAINMENT, IDOL SINGERS, KARAOKE, PHOTOGRAVURE, PHOTOGRAPHY, VIDEOGRAPHY, PHOTOGRAPH COLLECTING, FORTUNE-TELLING, PERSONALITY DIAGNOSIS, CULTURE, READING, PERSONAL COMPUTERS, SOFTWARE, COMPUTER GAMES, COMPUTER ANIMATION, COMICS, PERSONAL ENCOUNTERS, PERSONAL EXCHANGE, CURRENT EVENTS AND NEWS, SOCIETY, ECONOMY, LAW, POLITICS, MILITARY AFFAIRS, MONEY MANAGEMENT, INVESTMENTS, EMPLOYMENT, EDUCATION, HOME LIFE, FAMILY, PARENTS, CHILDREN, RELATIVES, INHERITANCE, LOVE, MARRIAGE, LOANS, TAKING AN EXAMINATION, BIRTH, CHILD-REARING, ENTRANCE INTO A SCHOOL, EXAMINATIONS, GRADUATION, REST, ATHLET-

IC COMPETITIONS, LITERARY EXHIBITIONS, COMMENDATIONS, HOMECOMING, RESERVATIONS, TRAFFIC CONGESTION, SEPARATION, DIVORCE, JUDGMENT, CRIME, TRAINING, RECONCILIATION, DISPUTES, TRIALS, ADMINISTRATION, NETWORKS, SERVER COMPUTERS, COMMUNICATIONS, UNEMPLOYMENT, RETIREMENT, ELECTION, SALARY, SALARY BONUS, MUSICAL INSTRUMENTS, FURNITURE, UPBRINGING, AIRPLANES, TANKS AND OTHER ARMOR, WARSHIPS, ROCKETS, THE UNIVERSE, SCIENCE, PERSONAL TROUBLE, JOY, CONSULTATION, DEATH, JOB QUALIFICATIONS, HISTORY, GEOGRAPHY, ETHICS, MATHEMATICS, NATIVE LANGUAGE, FOREIGN LANGUAGE, COUNTRIES, GEOGRAPHIC AREAS, RUMOR, SLANDER, PRAISE, PHYSICAL WORLD, SOUL, PHILOSOPHY, FOOD, DRINKS, ALCOHOLIC BEVERAGES, MEN'S TOPICS, ADULT, AND OLD AGE; AND PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER INFORMATION NETWORK, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 11-1-1999; IN COMMERCE 11-1-1999.

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING ON-LINE DATABASES FEATURING INFORMATION REGARDING AVAILABLE ON-LINE EDUCATIONAL EXHIBITIONS, DISPLAYS, AND INTERACTIVE EXHIBITS, AND CONDUCTING ON-LINE EXHIBITIONS, DISPLAYS, AND INTERACTIVE EXHIBITS, IN THE FIELDS OF CHILD-REARING, PHYSICAL DISABILITY, MENTAL DISABILITY, TEACHING, COSMETICS, NAILS AND MANICURES, CHINESE TEA, FLOWERS, COLOR, BODY, SKIN CARE, TABLE ARRANGEMENT, COOKING, LITERATURE, GERMAN, RUSSIAN, ENGLISH, TEST OF ENGLISH FOR INTERNATIONAL COMMUNICATION (TOEIC), SPANISH, ITALIAN, FRENCH, CHINESE, KOREAN, INDONESIAN, FOREIGN LANGUAGES, CHEESE, INDIAN CUISINE, FRENCH CUISINE, ITALIAN CUISINE, THAI CUISINE, JAPANESE CUISINE, HOME COOKING, CONFECTIONERY, TEA, WINE, ALCOHOLIC COCKTAILS, COOKING PANS, SUGARY FOODS, ARTS AND CRAFTS, DESKTOP PUBLISHING, DIGITAL CAMERAS, COMPUTERS, WEB HOMEPAGES, PICTURES, PASTELS, COPPERPLATE ENGRAVING, CERAMIC TILES, PAINTING TABLEWARE, OIL PAINTING, WATERCOLOR PAINTING, FILM CAMERAS, ILLUSTRATION, DANCING, TAP DANCING, INDIAN DANCING, EGYPTIAN DANCING, OKINAWAN DANCING, JAPANESE DANCING, BARRICADE DANCING, HULA, ARGENTINE TANGO, HIPHOP, ITALIAN DANCES, FLAMENCO, SALSA, BALLET, GIFT WRAPPING, STAINED GLASS, BALLOON ART, HATS, HAWAIIAN QUILTS, CERAMIC ART, CORSAGE, YARN AND FABRIC DYEING, LEATHER CRAFT, EGG ART, CALLIGRAPHY, SILVER ACCESSORIES, BEAD ACCESSORIES, SANDBLAST, SPORT, TAICHI, YOGA, GOLF, TENNIS, HORSERIDING, DIVING, SNOWBOARDING, PHYSICAL FITNESS, BOXING, FLOWER GARDENING, POTTED PLANTS, BOUQUETS, FLOWER ARRANGEMENT, VEGETABLE GARDENING, DRIED FLOWERS, PRESSED FLOWERS, HEALTH, FOOT CARE, COSMETICS, MAKEUP, FRAGRANCES, NAIL ART, AROMATHERAPY, WALKING, MUSIC, MUSICAL INSTRUMENTS, MUSICAL PERFORMANCE, FLUTE, OCARINA, SAXOPHONE, KOTO, COURT MUSIC OF JAPAN, DRUMMING, SAMISEN, PIANO, VIOLIN, HARP, UKULELE, GOSPEL MUSIC, PSYCHOLOGY, ART THERAPY, JAPANESE DRESSMAKING, PALM READING, SEX, FORTUNE-TELLING, TEA CEREMONY, CALLIGRAPHY, SMELLING OF INCENSE, DRESSMAKING, PERSONAL DRESSING, MANNERS, HOW TO TALK, ENTRANCE INTO SCHOOLS, TRAVEL, MARRIAGE, BABIES, HOMES, PERSONAL LIFE, CARS, BOOKKEEPING, BUSINESS, INFORMATION PROCESSING, BUSINESS QUALIFICATIONS, CHANGE OF OCCUPATION, EMPLOYMENT, LAW, TEST OF ENGLISH AS A FOREIGN LANGUAGE (TOEFL), REAL ESTATE, FINANCE, TAXATION, BUSINESS, CONSTRUCTION, INTERIOR DESIGN, WELFARE, ENVIRONMENT, MASS COMMUNICATIONS, FASHION, MEDICAL TREATMENT, HEALTH, AND KARAOKE FOR GRADE SCHOOL, HIGH SCHOOL, COLLEGE, UNIVERSITY, AND PROFESSIONAL LEVELS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ON-LINE DATABASES CONCERNING, AND REVIEWS OF, TELEVISION PROGRAMS, MOVIES, BOOKS, MUSIC, SHOPPING, HOBBIES, AND COMPUTER GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-1-1999; IN COMMERCE 11-1-1999.

FOR: COMPUTER SERVICES, NAMELY PROVIDING ON-LINE DATABASES AND WEBSITES FEATURING GENERAL AND LOCAL NEWS, AND INFORMATION OF INTEREST TO SPECIFIC GEOGRAPHIC AREAS AND GROUPS WITH SPECIFIC SELF-DEFINED INTERESTS; AND PROVIDING CUSTOMIZED ON-LINE WEB PAGES FEATURING USER-DEFINED INFORMATION WHICH INCLUDES SEARCH ENGINES AND ON-LINE WEB LINKS TO OTHER WEB SITES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 11-1-1999; IN COMMERCE 11-1-1999.

OWNER OF U.S. REG. NOS. 2,094,975, 2,280,934 AND OTHERS.

SER. NO. 76-037,133, FILED 4-28-2000.

CAROLINE WEIMER, EXAMINING ATTORNEY