IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
: 
NIFTY CORPORATION, :
:
                      Plaintiff, :    16 Civ. _____
:
    -against- :
:    **PLAINTIFF'S RULE 7.1**
BUZZFEED, INC., :    <u>**STATEMENT**</u>
:
:
:
                     Defendant. :
:
------------------------------------------------------------------------ X

      Plaintiff Nifty Corporation, by and through its attorneys, certifies that it is wholly owned by Fujitsu Limited, which is a publicly traded company whose shares are listed and trade on the Tokyo Stock Exchange.

New York, New York
May 19, 2016

                                                Respectfully submitted,

                                                CURTIS, MALLET-PREVOST,
                                                  COLT & MOSLE LLP

                                                  By:/s/*Turner P. Smith*
                                                      Turner P. Smith
                                                  101 Park Avenue
                                                  New York, New York  10178
                                                  (212) 696-6000
                                                  tsmith@curtis.com

                                                  *Attorneys for Nifty Corporation*

                                                  and

                                              2

                                  William J. Utermohlen
                                  James A. Oliff
                                  OLIFF, PLC
                                  277 South Washington Street
                                  Suite 500
                                  Alexandria, VA 22314
                                  (703) 836-6400
                                  wutermohlen@oliff.com