```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIFTY CORPORATION,

                Plaintiff,

-against-

BUZZFEED, INC.,

                Defendant.

16 Civ. 3738 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference scheduled for July 21, 2016, is ADJOURNED to **August 11, 2016**, at **3:45 p.m.** The parties are directed to submit their joint letter and proposed case management plan by **August 4, 2016**.

    SO ORDERED.

Dated: July 5, 2016
       New York, New York

*[signature]*

ANALISA TORRES
United States District Judge