```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIFTY CORPORATION,

           Plaintiff,

-against-

BUZZFEED, INC.,

           Defendant.

16 Civ. 3738 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference scheduled for August 11, 2016, is ADJOURNED to **August 31, 2016,** at **4:30 p.m.** The parties are directed to submit their joint letter and proposed case management plan by **August 24, 2016.**

    SO ORDERED.

Dated: July 26, 2016
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge