UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIFTY CORPORATION,

        Plaintiff,

   v.

BUZZFEED, INC.,

        Defendant.

Civil Action No. 1:16-cv-03738-AT

**NOTICE OF APPEARANCE**

To:    The Clerk of this Court and all parties of record:

        I certify that I am admitted to practice in this Court, and I appear in the above-referenced action as counsel for defendant BUZZFEED, INC.

Dated: New York, New York
       August 2, 2016

                      COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP

                      By:   /s/Eleanor M. Lackman
                           Eleanor M. Lackman
                           41 Madison Avenue, 38th Floor
                           New York, New York 10010
                           Tel.: (212) 974-7474
                           Fax: (212) 974-8474
                           elackman@cdas.com

                           *Attorney for Defendant BuzzFeed, Inc.*